UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
ROBERT JOSEPH EGAN                              CASE NO. 20-10884
5204 HARROD COURT                               JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27410

    DEBTOR

SSN(1) XXX-XX-4128                              DATE: 06/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,960.93<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 2796<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $7,145.44<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 0632<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,862.62<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 1360<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0021 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 159804<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| HOME DEPOT CREDIT SERVICES<br>5800 S CORPORATE PLACE<br>SIOUX FALLS, SD  57108 | $0.00<br>INT:  .00%<br>NAME ID: 183823<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7759<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $7,915.16<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $13,646.40<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: &PEN<br>COMMENT: COD |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| KOHLS<br>P O BOX 141509<br>IRVING, TX  75014 | $159.31<br>INT: .00%<br>NAME ID: 184186<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 7507<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $11,717.08<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 0955<br>COMMENT: 421TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $13,125.76<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 5040<br>COMMENT: 421TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $6,655.45<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 8836<br>COMMENT: 221A |
| MAPLE RIDGE HOA<br>ATTN OFFICER<br>P O BOX 8071<br>GREENSBORO, NC  27419 | $0.00<br>INT: .00%<br>NAME ID: 183819<br>CLAIM #: 0005 | | (X) SPECIAL-UNSECURED<br>DIRECT PAY<br>ACCT:<br>COMMENT:  ASDU,DIR |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,893.76<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 3132<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 4128<br>COMMENT:  OC |
| NEWREZ LLC DBA SHELLPOINT MTG<br>SERVICING<br>P O BOX 10826<br>700 MATTHEWS-MINT HILL RD STE A<br>GREENVILLE, SC  29603-0826 | $0.00<br>INT: .00%<br>NAME ID: 184311<br>CLAIM #: 0004 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 5290<br>COMMENT:  DT,RE RP,DIR |
| NEWREZ LLC DBA SHELLPOINT MTG<br>SERVICING<br>P O BOX 10826<br>700 MATTHEWS-MINT HILL RD STE A<br>GREENVILLE, SC  29603-0826 | $0.00<br>INT: .00%<br>NAME ID: 184311<br>CLAIM #: 0025 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 5290<br>COMMENT:  OC,PRE ARR,DIR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $10,062.42<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0007 | | (U) UNSECURED<br><br>ACCT: 0284<br>COMMENT:  BARCLAYS BANK |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,836.18<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 5569<br>COMMENT:  LENDING CLUB,321A |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $610.11<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 4167<br>COMMENT:  AMAZON |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SUNTRUST BANK NOW TRUIST BANK<br>ATTN SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | MONTHLY PMT  $638.08<br>INT: .00%<br>NAME ID: 180609<br>CLAIM #:  0006 | (Y) VEHICLE-ONGOING<br><br>ACCT:  5607<br>COMMENT:  20TOYO,CTD,EFF MAR20 |
| SUNTRUST BANK NOW TRUIST BANK<br>ATTN SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | $1,914.24<br>INT: .00%<br>NAME ID: 180609<br>CLAIM #:  0022 | (R) ARREARAGE-SECURED<br><br>ACCT:  5607<br>COMMENT:  20TOYO,ARR THRU FEB21 |
| THE RECEIVABLES MGMT SVCS LLC<br>P O BOX 19646<br>MINNEAPOLIS, MN  55419 | $0.00<br>INT: .00%<br>NAME ID: 182170<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:  4582<br>COMMENT:  DISP |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $114.96<br>INT: .00%<br>NAME ID: 182990<br>CLAIM #:  0023 | (U) UNSECURED<br><br>ACCT:  0001<br>COMMENT: |
| **TOTAL:** | **$82,309.90** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/16/2021　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  Gayle McFarland
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Office
　　　　　　　　　　　　　　　　　　　　　　　　　500 W FRIENDLY AVE STE 200
　　　　　　　　　　　　　　　　　　　　　　　　　P O BOX 1720
　　　　　　　　　　　　　　　　　　　　　　　　　GREENSBORO, NC  27402-1720

cc:  Debtor
　　　Attorney for Debtor - Electronic Notice